\\rhino\TrialWorks\CaseFiles\1071\Pleadings\COMPLAINT-FTCA.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY BEASLEY, an infant by his mother and
natural guardian, SHEILA BEASLEY,

                Plaintiff,

        -against-

UNITED STATES OF AMERICA (U.S. Dept. of
Health and Human Services, Morris Heights Health
Center),

                Defendant.
-----------------------------------------------------------X

Civil Action No.

ECF Case

07 CV 11154

JUDGE SULLIVAN

COMPLAINT

RECEIVE[D]
DEC 11 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff, Timothy Beasley, an infant by his mother and natural guardian, Sheila Beasley, alleges:

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. The Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)

2. Plaintiff Timothy Beasley, born on February 2, 1990, is the minor son of plaintiff Sheila Beasley, who sues as next friend. The plaintiff parties reside at 1730 Harrison Avenue, Bronx, New York 10453, which is within the Southern District of New York. The acts and omissions alleged occurred within the Southern District of New York.

3. At all times relevant the defendant United States of America operated a health care facility knows as the Morris Heights Health Center at 85 West Burnside Avenue, Bronx, New York. Defendant, in operating the Morris Heights Health Center held itself out to the public generally and patients seeking treatment there, including individuals seeking treatment for their minor children, to use that degree of care, skill, diligence, and attention used by health care clinics generally in the community in the care and treatment of patients. The

Morris Heights Health Center operated by defendant had in its employ, among others, doctors, nurses, and other health care personnel over whom defendant exercised exclusive control and supervision, with the right to employ and discharge such employees and personnel.

4. All of the employees and personnel of the Morris Heights Health Center hereinafter described were acting within the scope of their office and employment at the time and place of their actions hereinafter alleged. At all times hereinafter alleged there existed between the plaintiff Timothy Beasley and the Morris Heights Health Center and its health care personnel, including John Walsh, M.D., the relationship of physician-patient.

5. On December 13, 2005 plaintiff Timothy Beasley presented to the Morris Heights Health Center at approximately 8:15 a.m. with a complaint of severe testicular pain for several hours. While the infant plaintiff was under the care of Morris Heights Health Center personnel, the infant plaintiff's condition was not promptly and properly assessed, resulting in unnecessary pain and suffering, with worsening and aggravation of testicular torsion requiring the surgical removal of the infant's left testicle later on December 13, 2005, at Bronx Lebanon Hospital in Bronx, New York.

6. Defendant and its employees at the Morris Heights Health Center, including Dr. Walsh and others under his supervision or for whom he was responsible, in so treating the minor plaintiff deviated from good and accepted pediatric practice by failing to promptly examine and assess the patient, failing to diagnose the patient's true condition and failing to perform necessary diagnostic tests required to make a proper diagnosis.

7. As a result of the negligence, carelessness and medical malpractice of the defendant's employees, the minor plaintiff had to have his left testicle surgically removed,

and he sustained consequential injury and disability, including pain, mental anguish, permanent disfigurement and limitation of function, medical and hospital expenses and will in the future experience pain and suffering, mental anguish, disfigurement and loss of function and will sustain future pecuniary damages.

8. On December 11, 2006 plaintiffs submitted their claim in the amount of $3,000,000 to the Department of Health and Human Services, which agency rejected the claim by letter postmarked July 12, 2007.

WHEREFORE plaintiffs demand judgment against defendant in the sum of $3,000,000, together with costs of suit, and such other and further relief as the Court may deem proper.

Dated: December 10, 2007
Yonkers, New York

Mitchell Gitin (MG2222)
Fitzgerald & Fitzgerald, P.C.
Attorneys for Plaintiff
538 Riverdale Avenue
Yonkers, New York 10705
914-378-1010

Index No. Year 200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY BEASLEY, An Infant, by his Mother and Natural Guardian, SHEILA BEASLEY,

Plaintiffs,

-against-

UNITED STATES OF AMERICA (U.S. Dept. of Health and Human Services, Morris Heights Health Center),

Defendant.

COMPLAINT

**FITZGERALD & FITZGERALD, P.C.**

Attorney(s) for Plaintiffs

Office and Post Office Address
538 RIVERDALE AVENUE
YONKERS, NEW YORK 10705
(914) 378-1010

File # A06010 Attorney MLG

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for ..................................................

**Sir:-Please take notice**

*NOTICE OF ENTRY*

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on 200

*NOTICE OF SETTLEMENT*

THAT AN ORDER of which the within is a true copy will be presented for settlement to the HON. one of the judges of the within named Court, at
on the day of 200 at M.

Dated,

Yours, etc.
**FITZGERALD & FITZGERALD, P.C.**

Attorney(s) for
Office and Post Office Address

To

538 RIVERDALE AVENUE
YONKERS, NEW YORK 10705
(914) 378-1010

Attorney(s) for

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TIMOTHY BEASLEY, An Infant, by his Mother
and Natural Guardian, SHEILA BEASLEY,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

UNITED STATES OF AMERICA

TO: (Name and Address of Defendant)

United States Department of Health & Human Services
Office of the General Counsel
330 Independence Avenue, S.W., Room 4760
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Fitzgerald & Fitzgerald, P.C.
538 Riverdale Avenue
Yonkers, New York 10705

an answer to the complaint which is herewith served upon you, within ——60—— days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK _____   DATE _____

_____
BY DEPUTY CLERK