

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3d Floor
New York, New York 10007

March 11, 2008

**MEMO ENDORSED**

BY HAND
The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United
    States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

    Re:    *Beasley v. United States of America*,
            07 Civ. 11154 (RJS)

Dear Judge Sullivan

    We write regarding the above-referenced medical malpractice action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-80. We respectfully request a 45-day extension of the time for the Government to file its answer or move in this matter *nunc pro tunc*, such that the Government's answer or motion would be due on or before April 25, 2008.[1] We make this request because the Department of Health and Human Services ("HHS") recently informed this Office that there has been an "unavoidable" administrative delay in generating a litigation report in this matter, and, as a consequence, this Office does not possess the information necessary to answer or move at this time. This is the Government's first request for an extension of time in this matter. Counsel for plaintiff consents to this request.

    I apologize for making this request for an extension in an untimely manner. At the time this matter was opened by this Office on December 18, 2007, there was an issue as to whether service had been properly perfected under Rule 4 of the Federal Rules of Civil Procedure. Regrettably, I did not confirm that the Attorney General had, in fact, been served with the complaint, prior to the expiration of the time for the Government to respond. I first learned that service had been properly made pursuant to a letter from HHS that this Office received yesterday. I apologize for any inconvenience caused by my oversight.

---

    [1] The Government's answer or motion with respect to the complaint in this matter was due on February 19, 2008.

Thank you for your consideration of this request.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    for the Southern District of New York

By: *[signature]*
    ANDREW M. McNEELA
    Assistant United States Attorney
    Telephone: (212) 637-2741

> The Government shall file its answer or otherwise respond to plaintiff's complaint by April 25, 2008. No further extensions will be granted. This order is issued nunc pro tunc.
>
> SO ORDERED
> Dated: 3/12/08
> RICHARD J. SULLIVAN
> U.S.D.J.

cc:  <u>BY FEDERAL EXPRESS</u>
    Mitchell Gittin, Esq.
    Fitzgerald & Fitzgerald, P.C.
    Attorneys for Plaintiff
    538 Riverdale Avenue
    Yonkers, NY 10705

    Gary Barbanel, Esq.
    270 Madison Avenue, Suite 1410
    Attorney for Plaintiff
    New York, NY 10016