AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF NEW YORK _____

TIMOTHY BEASLEY AN
INFANT BY HIS MOTHER
AND NATURAL GUARDIAN
SHEILA BEASLEY
   VS
UNITED STATES OF AMERICA

**APPEARANCE**

Case Number: 07 CV 11154

To the Clerk of this court and all parties of record: PLEASE TAKE NOTICE THAT I, GARY A BARBANEL

Enter my appearance as counsel in this case for

PLAINTIFF

I certify that I am admitted to practice in this court.

5/19/2008
Date

Signature

GARY A BARBANEL    GB1546
Print Name                                Bar Number

270 Madison Ave    1110
Address

NY    NY    10016
City    State    Zip Code

212 615-5391    212 615-2152
Phone Number    Fax Number