UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Beasley

                          Plaintiff(s),  07 Civ. 11154 ( )(DFE)

   - against -                     SCHEDULING ORDER

                                       (This is an ECF case)

USA, et al

                        Defendant(s).

------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

    1.  Any motion for leave to amend the pleadings or to add parties must be served and filed by June 30, 2008.

    2.  All fact discovery must be commenced in time to be completed by September 29, 2008.

    3.  Any proposed expert witness who falls within the words of Rule 26(a)(2)(B) must serve a report in strict compliance with that Rule -- plaintiff's experts by October 17, 2008, defendant's experts by November 3, 2008. These are also the deadlines for identifying any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. All expert discovery must be commenced in time to be completed by December 5, 2008.

    4.  Any dispositive motion must be served and filed by January 16, 2009. ~~If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.~~ DFE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

U. SDNY
DATE SCANNED 6/17/08

5.   If (and only if) no dispositive motion has been made, the joint pre-trial order, in a format that complies with the trial Judge's individual rules, must be filed by March 31, 2009; Plaintiff must serve its x sections of the pre-trial order by March 6, 2009; Defendant must serve its sections by March 16, 2009. DFE

6.   None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, <u>at least one week before</u> the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

7.   I will <u>not</u> "so order" any consent adjournment unless it complies with Paragraph 6 and tells me in writing the factual basis for the "good cause."

8.   Pursuant to Rule 16(f), I may impose sanctions, including attorney's fees, if a party or a party's attorney fails to obey this scheduling order.

_____
DOUGLAS F. EATON
United States Magistrate Judge

Dated:   New York, New York
         June 17, 2008

2